**United States Bankruptcy Court**
District of New Jersey
Mitchell H. Cohen U.S. Courthouse
P.O. Box 2067
Camden, New Jersey   08101

**JUDITH H. WIZMUR**
Chief, U.S. Bankruptcy Judge

(856) 757-5126

January 30, 2008

Ellie Smith
14 Fairview Avenue
Apartment 1
Pennsville, New Jersey   08070

Re:   William L. Bryant
        Case No. 05-57447/JHW

Dear Ms. Smith:

Thank you for your recent correspondence.  I am sympathetic to your situation, and I sincerely apologize to you if I gave you the impression that I did not consider your cause fully, or did not treat you the way that you are entitled to be treated in a court of law.

By way of explanation for my ruling, I determined that the amended proof of claim you filed in this case on May 17, 2007, in the amount of $2,300, would control the amount that you were entitled to receive in this case.  I rejected the quest by the debtor to reduce your claim.  I noted that you were paid $2,300 by the Chapter 13 Trustee during the case in full satisfaction of your claim. I ordered further that the amount that you received after the petition was filed directly from the debtor's wages, $593.79, had to be returned to the debtor.

A copy of the order entered in this matter is enclosed.

Very truly yours,

JUDITH H. WIZMUR
Chief U.S. Bankruptcy Judge

Enclosure
JHW:tob

c:    Rex Roland, Esq.